UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JULIE HOUSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cv-190 |
| | ) | |
| NYRSTAR TENNESSEE MINES - | ) | Varlan/Shirley |
| STRAWBERRY PLAINS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff, Julie House, and Defendant, Nyrstar Tennessee Mines - Strawberry Plains, LLC, acting through their respective counsel of record, hereby stipulate that Plaintiff's action against Defendant in this case is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with each party to bear its own costs and fees.

Respectfully submitted this 19th day of July, 2013.

| | |
|---|---|
| /s Pamela L. Reeves by JDP w/perm. | /s Jerome D. Pinn |
| Pamela L. Reeves, BPR #6643 | Rebecca B. Murray, BPR #11622 |
| Reeves, Herbert & Murrian, P.A. | Jerome D. Pinn, BPR #17848 |
| Tyson Place, Suite 130 | Wimberly Lawson Seale Wright & Daves, PLLC |
| 2607 Kingston Pike | 550 West Main Avenue, Suite 900 |
| Knoxville, TN 37919 | P.O. Box 2231 |
| (865) 540-1977 (phone) | Knoxville, TN 37901-2231 |
| (865) 540-1988 (fax) | (865) 546-1000 (phone) |
| | (865) 546-1001 (fax) |
| Attorneys for Plaintiff | |
| | Attorneys for Defendant |